```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF MISSISSIPPI
                NORTHERN DIVISION
```

THOMAS EDWARD CAMPBELL #6210                                PLAINTIFF

VS.                             CIVIL ACTION NO. 3:15CV803TSL-RHW

DR. ABANGAN, ET AL.                                        DEFENDANTS

<u>ORDER</u>

    This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on June 2, 2016, recommending that plaintiff Thomas Edward Campbell's motion for a temporary restraining order and preliminary injunction be denied.  Plaintiff has filed an objection.  Having reviewed the report and recommendation and plaintiff's objection, the court concludes that the objection is overruled and that the motion is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

    Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robbert H. Walker entered on June 2, 2016, be, and the same is hereby, adopted as the finding of this court.  Accordingly, it is further ordered that plaintiff's motion for a temporary restraining order and preliminary injunction is denied.

        SO ORDERED this 19th day of July, 2016.


                            /s/ Tom S. Lee
                            UNITED STATES DISTRICT JUDGE